Pierre J. Renelique, M.D., P.C., as Assignee of Brumaire, Gastry, Appellant,
against
Travelers Insurance Company, Respondent.




The Rybak Firm, PLLC (Damin J. Toell, Esq.), for appellant.
Law Offices of Aloy O. Ibuzor (Shana A. Kleinman, Esq.), for respondent.

Appeal from an order of the Civil Court of the City of New York, Queens County (Sally E. Unger, J.), entered September 9, 2014. The order, insofar as appealed from, granted the branches of defendant's motion seeking summary judgment dismissing the second through seventh causes of action.




ORDERED that the order, insofar as appealed from, is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals from so much an order of the Civil Court as granted the branches of defendant's motion seeking summary judgment dismissing the second through seventh causes of action on the ground that plaintiff's assignor had failed to appear for duly scheduled examinations under oath.
For the reasons stated in Greenway Med. Supply Corp., as Assignee of Tellechea Maria v Travelers Ins. Co. (__ Misc 3d ___, 2017 NY Slip Op _____ [appeal No. 2014-2253 Q C], decided herewith), the order, insofar as appealed from, is affirmed.
PESCE, P.J., ALIOTTA and SOLOMON, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: December 15, 2017